IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS IRVING,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF COMCAST CORPORATION,

    Defendants.
                                 /

No. C 12-04792 WHA

**ORDER DENYING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** plaintiff's *ex parte* application to continue the case management conference from January 17 to March 7, 2013. Please serve a copy of this order on all defendants.

    **IT IS SO ORDERED.**

Dated: January 9, 2013.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE