1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAMELA E. COGAN (SBN 130833)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
E-Mail:  pcogan@ropers.com
              stucker@ropers.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS IRVING,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

*and*

 GROUP LONG TERMI DISABILITY
PLAN FOR EMPLOYEES OF
COMCAST CORPORATION,

Defendants.

CASE NO. C12-04792 WHA

**CASE MANAGEMENT STATEMENT
AND REQUEST FOR CONTINUANCE ;
 AND ORDER**

Date:    January 17, 2013
Time:   11:00 a.m
Place:   Courtroom 8, 19th Floor
Judge William S. Alsup

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS

OF RECORD HEREIN:

Defendant Liberty Life Assurance Company of Boston ("Liberty") hereby submits the

following Case Management Statement and request for continuance of the case management

conference currently scheduled for January 17, 2013. Plaintiff's counsel made an *ex parte*

application for such a continuance on January 9, 2013. This Court denied that application the

same day, finding that Plaintiff failed to show good cause for a continuance. But Plaintiff's

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1    application failed to inform the Court that Plaintiff's counsel only mailed Liberty a waiver of

2    service of summons last week.

3         On January 2, 2013, Plaintiff mailed a waiver of service of summons to Liberty. Liberty

4    received that waiver on January 4, 2013. Liberty retained counsel in this matter, but that counsel

5    is still awaiting the administrative record. Liberty is not in a position to evaluate the case or

6    participate in either a scheduling conference with opposing counsel or a case management

7    conference with the Court until its counsel receives the administrative record and has an

8    opportunity to review it. Liberty therefore respectfully requests a continuance of the case

9    management conference for 21 days to permit its counsel to receive and review the administrative

10   record in this matter and to conduct a scheduling conference with opposing counsel.

11        Liberty is not able to file a meaningful case management statement at this time, as it

12   cannot speak to questions of fact, legal issues, possible motions Liberty may intend to file, or

13   other scheduling issues until its counsel has an opportunity to review the administrative record.

14        A proposed order continuing the case management conference is included with this filing

15   in the event the Court consents to Liberty's request for a short continuance to allow it to review

16   the file and meaningfully participate in the conference.

17

18   Dated: January 11, 2013                          ROPERS, MAJESKI, KOHN & BENTLEY

19

20                                                    By /s/ Stacy M. Tucker
                                                        PAMELA E. COGAN
21                                                      STACY TUCKER
                                                        Attorneys for Defendants,
22                                                      LIBERTY LIFE ASSURANCE
                                                        COMPANY OF BOSTON

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1

## ORDER

2    **IT IS HEREBY ORDERED** that, good cause being shown by Liberty, the case

to January 31, 2013, at 11:00 a.m.

3  management conference in this matter be continued ~~for 21 days, until February 7, 2013~~.

4

5  Dated:  January 14, 2013

6            By: _____

7                 Judge William H. Alsup



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

CASE MANAGEMENT STATEMENT– CASE
NO: C12-04792 WHA