PAMELA E. COGAN (SBN 130833)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
E-Mail: pcogan@ropers.com
stucker@ropers.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IRVING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>*and*<br><br>GROUP LONG TERMI DISABILITY PLAN FOR EMPLOYEES OF COMCAST CORPORATION,<br><br>　　　　Defendants. | CASE NO. C12-04792 WHA<br><br>CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE ; AND ORDER<br><br>Date: January 17, 2013<br>Time: 11:00 a.m<br>Place: Courtroom 8, 19th Floor<br>Judge William S. Alsup |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendant Liberty Life Assurance Company of Boston ("Liberty") hereby submits the following Case Management Statement and request for continuance of the case management conference currently scheduled for January 17, 2013. Plaintiff's counsel made an *ex parte* application for such a continuance on January 9, 2013. This Court denied that application the same day, finding that Plaintiff failed to show good cause for a continuance. But Plaintiff's

RC1/6366341.1/SMT

CASE MANAGEMENT STATEMENT– CASE NO: C12-04792 WHA

application failed to inform the Court that Plaintiff's counsel only mailed Liberty a waiver of service of summons last week.

On January 2, 2013, Plaintiff mailed a waiver of service of summons to Liberty. Liberty received that waiver on January 4, 2013. Liberty retained counsel in this matter, but that counsel is still awaiting the administrative record. Liberty is not in a position to evaluate the case or participate in either a scheduling conference with opposing counsel or a case management conference with the Court until its counsel receives the administrative record and has an opportunity to review it. Liberty therefore respectfully requests a continuance of the case management conference for 21 days to permit its counsel to receive and review the administrative record in this matter and to conduct a scheduling conference with opposing counsel.

Liberty is not able to file a meaningful case management statement at this time, as it cannot speak to questions of fact, legal issues, possible motions Liberty may intend to file, or other scheduling issues until its counsel has an opportunity to review the administrative record.

A proposed order continuing the case management conference is included with this filing in the event the Court consents to Liberty's request for a short continuance to allow it to review the file and meaningfully participate in the conference.

Dated: January 11, 2013                    ROPERS, MAJESKI, KOHN & BENTLEY


By /s/ Stacy M. Tucker
PAMELA E. COGAN
STACY TUCKER
Attorneys for Defendants,
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## ORDER

**IT IS HEREBY ORDERED** that, good cause being shown by Liberty, the case management conference in this matter be continued ~~for 21 days, until February 7, 2013~~ to January 31, 2013, at 11:00 a.m.

Dated: January 14, 2013

By: _____
Judge William H. Alsup



IT IS SO ORDERED AS MODIFIED
Judge William Alsup