IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS IRVING,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF COMCAST CORPORATION,

    Defendants.

No. C 12-04792 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks defendants for their notice of settlement of the captioned matter but cautions that all deadlines in the case management order remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE