1  JAMES P. KEENLEY (State Bar No. 253106)
   EMILY A. BOLT (State Bar No. 253109)
2  BOLT-KEENLEY ATTORNEYS AT LAW
   1010 Grayson Street, Suite Two
3  Berkeley, California 94710
   Phone: (510) 225-0696
4  Fax: (510) 225-1095

5  Attorneys for Plaintiff,
   THOMAS IRVING
6
   PAMELA E. COGAN (SBN 130833)
7  STACY M. TUCKER (SBN 218942)
   ROPERS, MAJESKI, KOHN & BENTLEY
8  1001 Marshall Street, Suite 300
   Redwood City, CA  94063-2052
9  Telephone:    (650) 364-8200
   Facsimile:    (650) 780-1701
10 E-Mail:  pcogan@ropers.com
            stucker@ropers.com
11
   Attorneys for Defendants
12 LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
   COMCAST COMPREHENSIVE HEALTH AND WELFARE
13 BENEFIT PLAN (erroneously sued as "GROUP LONG TERM
   DISABILITY PLAN FOR EMPLOYEES OF COMCAST
14 CORPORATION")

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18

19 THOMAS IRVING,                    CASE NO. C12-04792 WHA

20          Plaintiff,               **STIPULATION AND [PROPOSED]
                                     ORDER RE DISMISSSAL OF ACTION
21 v.                                WITH PREJUDICE**

22 LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON
23
   *and*
24
   GROUP LONG TERM  DISABILITY
25 PLAN FOR EMPLOYEES OF
   COMCAST CORPORATION,
26
27          Defendants.

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

It is hereby stipulated by and between plaintiff THOMAS IRVING and defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN (erroneously sued as "GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF COMCAST CORPORATION"), through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

Dated:  March 18, 2013

BOLT-KEENLEY ATTORNEYS AT LAW

By: :  */s/ James P. Keenley*
JAMES P. KEENLEY
Attorneys for Plaintiff
THOMAS IRVING

Dated:  March 18, 2013

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela E. Cogan*
PAMELA E. COGAN
STACY TUCKER
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and COMCAST COMPREHENSIVE HEALTH AND WELFARE BENEFIT PLAN (erroneously sued as "GROUP LONG TERM  DISABILITY PLAN FOR EMPLOYEES OF COMCAST CORPORATION")

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice.  Each party is to bear its own fees and costs.

Dated:  March 20, 2013

By: _____
William Alsup
United States District Judge